PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for ETTA MOORE**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA MOORE,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant | **CASE NO.:   2:16-CV-01676-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 15, 2017.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 1st request for extension by plaintiff.

2

3  Dated: 12/02/16                                   /s/ *Peter Brixie*
                                                    PETER BRIXIE
4                                                   Attorney at Law
                                                    Attorney for Plaintiff
5

6

7  Dated: 12/02/16                                   /s/ Urmila R. Taylor
                                                    URMILA R. TAYLOR
                                                    Special Assistant U. S. Attorney
8                                                   Attorney for Defendant

9

10                              __ooo__

11                        APPROVED AND SO ORDERED

12  Dated:  12/6/16              By: _____
13                                                   EDMUND F. BRENNAN
                                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION